UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| RIKKI LYNN WHITE,<br><br>       Plaintiff<br><br>v.<br><br>WILLIAM E. MULHOLLAND, et al.,<br><br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Docket No. 1:16-cv-10-JDL**<br>)<br>)<br>)<br>) |

**ANSWER OF DEFENDANT WILLIAM E. MULHOLLAND TO
PLAINTIFF'S COMPLAINT**

NOW COMES Defendant, William E. Mulholland , by and through his attorneys,

Richardson, Whitman, Large & Badger, and answers Plaintiff's Complaint as follows:

**Jurisdiction and Venue**

1.　Defendant Mulholland is without sufficient knowledge or information upon which

to form a belief as to the truth of the allegations contained in this Paragraph of the

Plaintiff's Complaint and therefore denies the same and demands strict proof

thereof.

2.　Defendant Mulholland is without sufficient knowledge or information upon which

to form a belief as to the truth of the allegations contained in this Paragraph of the

Plaintiff's Complaint and therefore denies the same and demands strict proof

thereof.

3.　Defendant Mulholland is without sufficient knowledge or information upon which

to form a belief as to the truth of the allegations contained in this Paragraph of the

Plaintiff's Complaint and therefore denies the same and demands strict proof thereof.

4.      Defendant Mulholland is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in this Paragraph of the Plaintiff's Complaint and therefore denies the same and demands strict proof thereof.

5.      Defendant Mulholland is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in this Paragraph of the Plaintiff's Complaint and therefore denies the same and demands strict proof thereof.

6.      Defendant Mulholland is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in this Paragraph of the Plaintiff's Complaint and therefore denies the same and demands strict proof thereof.

7.      Defendant Mulholland admits that he has been employed as a corrections officer for Penobscot County at different points in time.  Defendant is without sufficient knowledge to admit or deny the additional facts in that paragraph and therefore denies the same and demands strict proof thereof.  To the extent that some of the allegations constitute conclusions of law, they require no answer but to the extent that they do, the allegations are denied.

8.      Defendant Mulholland is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in this Paragraph of the

-3-

Plaintiff's Complaint and therefore denies the same and demands strict proof thereof.

9.      Defendant Mulholland is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in this Paragraph of the Plaintiff's Complaint and therefore denies the same and demands strict proof thereof.

WHEREFORE, Defendant Mulholland demands that the Plaintiff's Complaint be dismissed with prejudice, and that Defendant Mulholland be awarded his costs.

## Facts

10.     Defendant Mulholland is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in this Paragraph of the Plaintiff's Complaint and therefore denies the same and demands strict proof thereof.

11.     Defendant Mulholland admits that William Mulholland was employed as a corrections officer at the Penobscot County Jail at specific times.  Defendant Mulholland is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in the remaining allegations of this Paragraph of the Plaintiff's Complaint and therefore denies the same and demands strict proof thereof.

12.     The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

13.     The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

14.     The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

-4-

15.    The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

16.    The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

17.    The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

18.    The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

WHEREFORE, Defendant Mulholland demands that the Plaintiff's Complaint be dismissed with prejudice, and that Defendant Mulholland be awarded his costs.

## Count I
### (Fourth, Fifth, and Eighth Amendment Violations)

19.    Defendant Mulholland repeats and reaffirms the responses to Paragraphs 1 through 18 with the same force and effect as if more fully set forth herein.

20.    Defendant Mulholland is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations contained in this Paragraph of the Plaintiff's Complaint and therefore denies the same and demands strict proof thereof.

21.    The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

22.    The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

23.    The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

24.    The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

25.    The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

WHEREFORE, Defendant Mulholland demands that the Plaintiff's Complaint be dismissed with prejudice, and that Defendant Mulholland be awarded his costs.

-5-

## Count II
### (Assault, False Arrest, False Imprisonment, and Invasion of Privacy)

26.   Defendant Mulholland repeats and reaffirms the responses to Paragraphs 1 through

25 with the same force and effect as if more fully set forth herein.

27.   The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

28.   The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

WHEREFORE, Defendant Mulholland demands that the Plaintiff's Complaint be

dismissed with prejudice, and that Defendant Mulholland be awarded his costs.

## Count III
### (Negligent Infliction of Emotional Distress- NIED)

29.   Defendant Mulholland repeats and reaffirms the responses to Paragraphs 1 through

28 with the same force and effect as if more fully set forth herein.

30.   The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

31.   The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

WHEREFORE, Defendant Mulholland demands that the Plaintiff's Complaint be

dismissed with prejudice, and that Defendant Mulholland be awarded his costs.

## Count IV
### (Conspiracy Under 42 U.S.C. §1985(3))

32.   Defendant Mulholland repeats and reaffirms the responses to Paragraphs 1 through

31 with the same force and effect as if more fully set forth herein.

33.   The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

WHEREFORE, Defendant Mulholland demands that the Plaintiff's Complaint be

-6-

dismissed with prejudice, and that Defendant Mulholland be awarded his costs.

## Count V
## (Conspiracy to Violate Civil Rights Under 42 U.S.C. § 1983)

34.   Defendant Mulholland repeats and reaffirms the responses to Paragraphs 1 through

33 with the same force and effect as if more fully set forth herein.

35.   The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

WHEREFORE, Defendant Mulholland demands that the Plaintiff's Complaint be

dismissed with prejudice, and that Defendant Mulholland be awarded his costs.

## Count VI
## (Punitive Damages)

36.   Defendant Mulholland repeats and reaffirms the responses to Paragraphs 1 through

35 with the same force and effect as if more fully set forth herein.

37.   The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

38.   The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

WHEREFORE, Defendant Mulholland demands that the Plaintiff's Complaint be

dismissed with prejudice, and that Defendant Mulholland be awarded his costs.

## Count VII
## (Due Process- Fourteenth Amendment to the U.S. Constitution)

39.   Defendant Mulholland repeats and reaffirms the responses to Paragraphs 1 through

38 with the same force and effect as if more fully set forth herein.

40.   The allegations contained in this Paragraph of the Plaintiff's Complaint comprise a

legal conclusion to which no answer is required.  To the extent that an answer is

required, Defendant Mulholland denies the same and demands strict proof thereof.

41.     The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

42.     The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

43.     The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

44.     The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

45.     The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

WHEREFORE, Defendant Mulholland demands that the Plaintiff's Complaint be

dismissed with prejudice, and that Defendant Mulholland be awarded his costs

## Count VIII
### (Maine Tort Claim Act- Assault)

46.     Defendant Mulholland repeats and reaffirms the responses to Paragraphs 1 through

        45 with the same force and effect as if more fully set forth herein.

47.     The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

48.     The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

49.     The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

WHEREFORE, Defendant Mulholland demands that the Plaintiff's Complaint be

dismissed with prejudice, and that Defendant Mulholland be awarded his costs.

## Count IX
### (Negligence- Maine Tort Claim Act)

50.     Defendant Mulholland repeats and reaffirms the responses to Paragraphs 1 through

        49 with the same force and effect as if more fully set forth herein.

51.     The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

52.     The allegations contained in this Paragraph of the Plaintiff's Complaint are denied.

WHEREFORE, Defendant Mulholland demands that the Plaintiff's Complaint be

-8-

dismissed with prejudice, and that Defendant Mulholland be awarded his costs.

## AFFIRMATIVE DEFENSES

1.  Plaintiff's Complaint fails to state a cause of action upon which relief may be granted.

2.  The claims against Defendant Mulholland are barred or limited by qualified immunity.

3.  Plaintiff's damages were directly and proximately caused by the acts and/or omissions of an individual and/or entity other than Defendant Mulholland.

4.  Plaintiff's damages were directly and proximately caused by a legally sufficient superseding/intervening cause.

5.  Plaintiff has failed to mitigate her damages as required by law.

6.  Plaintiff's claims are barred by the Prison Litigation Reform Act, 42 U.S.C. Section 1997, et. seq.

7.  Plaintiff's claims are barred by her failure to comply with the provisions of the Maine Tort Claims Act, including but not limited to, the notice provisions.

8.  Defendant Mulholland is entitled to immunity under the Maine Tort Claims Act.

9.   Defendant Mulholland reserves the right to argue that Plaintiff has failed to mitigate her damages.

10.   Plaintiff's damages were caused by her own actions and contributory fault.

-9-

11.  Defendant Mulholland adopts and incorporates by reference herein any and all affirmative defenses asserted by any of the other Defendants in this case, either previously or in the future.

DATED at Portland, Maine this 15th day of January, 2016.

/s/ Elizabeth G. Stouder
Elizabeth G. Stouder

/s/ Heidi J. Hart
Heidi J. Hart
Attorneys for Defendant
William E. Mulholland

RICHARDSON, WHITMAN, LARGE & BADGER
465 Congress Street
P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474

## CERTIFICATE OF SERVICE

I, Elizabeth G. Stouder, attorney for Defendant William E. Mulholland, hereby certifies that the Answer and Affirmative Defenses of Defendant William E. Mulholland have been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all attorneys of record.

Date:  January 15, 2016

/s/ Elizabeth G. Stouder
Elizabeth G. Stouder