UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| RIKKI LYNN WHITE,<br>    Plaintiff<br><br>v.<br><br>PENOBSCOT COUNTY, PENOBSCOT<br>COUNTY SHERIFF'S DEPARTMENT,<br>TROY MORTON, WILLIAM E.<br>MULHOLLAND, CAPTAIN RICHARD<br>CLUKEY and DR. JOSEPH FITZPATRICK,<br>    Defendants | Docket No. 1:16-CV-00010-JDL |

## STIPULATION OF DISMISSAL

NOW COME the parties, by and through their undersigned respective counsel, and hereby stipulate that the above-captioned matter may be dismissed, with prejudice and without costs or interest to any party.


Dated: April 22, 2016          /s/ Ezra A.R. Willey
                   Ezra A.R. Willey, Esq.
                   Attorney for Plaintiff


Dated: April 22, 2016          /s/ Peter T. Marchesi
                   Peter T. Marchesi, Esq.
                   Attorney for Penobscot County, Penobscot
                   County Sheriff's Department, Troy Morton,
                   and Richard Clukey


Dated: April 22, 2016          /s/ Elizabeth Stouder
                   Elizabeth Stouder, Esq.
                   Attorney for Defendant William Mulholland

UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| RIKKI LYNN WHITE,<br>　　　　　　　Plaintiff<br><br>v.<br><br>PENOBSCOT COUNTY, PENOBSCOT<br>COUNTY SHERIFF'S DEPARTMENT,<br>TROY MORTON, WILLIAM E.<br>MULHOLLAND, CAPTAIN RICHARD<br>CLUKEY and DR. JOSEPH FITZPATRICK,<br>　　　　　　　Defendants | Docket No. 1:16-CV-00010-JDL |

## CERTIFICATE OF SERVICE

I, Peter T. Marchesi, Esq., attorney for Defendants Penobscot County, Penobscot County Sheriff's Department, Troy Morton and Richard Clukey, hereby certify that:

- Stipulation of Dismissal

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

| | |
|---|---|
| Ezra A.R. Willey, Esq. | *ezra@willeylawoffices.com* |
| N. Laurence Willey, Jr., Esq. | *lwilley@midmaine.com* |
| Elizabeth Stouder, Esq. | *estouder@rwlb.com* |
| Heidi Hart, Esq. | *hhart@rwlb.com* |

Dated: April 22, 2016

　　　　　　　/s/ Peter T. Marchesi
　　　　　　　Peter T. Marchesi, Esq.
　　　　　　Attorney for Defendants Penobscot County,
　　　　　　　　Morton and Clukey
　　　　　　Wheeler & Arey, P.A.
　　　　　　27 Temple Street, P.O. Box 376
　　　　　　Waterville, ME  04903-0376